227 So.2d 588

### Alvin P. LICHTENTAG

v.

· Mr. Louis BOWENS, Jr.

No. 50105.

Nov. 10, 1969.

In re: Alvin P. Lichtentag applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 101.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

227 So.2d 588

### MICHIGAN WISCONSIN PIPE LINE COMPANY

v.

### Douglas Joseph WALET et al.

No. 50075.

Nov. 10, 1969.

In re: Michigan Wisconsin Pipe Line Company applying for certiorari, or writ

of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 225 So.2d 76.

Writs refused. On the facts found by the Court of Appeal the judgment is correct.

McCALEB and BARHAM, JJ., are of the opinion that the application should be granted.